## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

LEROY SHIRAH,

     Plaintiff,

v.                                   Case No: 5:15-cv-355-Oc-30PRL

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

     Defendant.

_____

### ORDER

The Court has been advised via a Notice of Settlement (Dkt. #17) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of December, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE